UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

BETH RAINES,

    Plaintiff,                                    Case No.: 3:18-cv-416

vs.

COMMISSIONER                             District Judge Thomas M. Rose
OF SOCIAL SECURITY,                     Magistrate Judge Michael J. Newman

    Defendant.

**ORDER AND ENTRY: (1) GRANTING DEFENDANT'S MOTION FOR VOLUNTARY REMAND (DOC. 13); (2) REMANDING THIS CASE TO THE COMMISSIONER UNDER THE FOURTH SENTENCE OF 42 U.S.C. § 405(g) FOR FURTHER PROCEEDINGS; AND (3) TERMINATING THIS CASE ON THE COURT'S DOCKET**

        This Social Security disability benefits appeal is presently before the Court on Defendant's motion for voluntary remand to the Commissioner for further administrative proceedings pursuant to the Fourth Sentence of 42 U.S.C. § 405(g). Doc. 13. Based upon Defendant's motion, and for good cause shown, **IT IS ORDERED THAT:** (1) the ALJ's non-disability finding is found unsupported by substantial evidence, and Defendant's motion for voluntary remand (doc. 13) is **GRANTED**; (2) this case is **REMANDED** to the Commissioner under the Fourth Sentence of 42 U.S.C. § 405(g) for further proceedings; and (3) this case is **TERMINATED** upon the Court's docket. The Clerk is **ORDERED** to enter judgment accordingly.

        **IT IS SO ORDERED.**

Date:  May 22, 2019                                  *s/Thomas M. Rose
                                                                      Thomas M. Rose
                                                                      United States District Judge